**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1510

SILVIA G. SINGLETON,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Patrick Michael Duffy, District Judge.  (CA-03-3242-3)

Submitted:  December 16, 2004          Decided:  December 20, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Silvia G. Singleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Silvia G. Singleton appeals from the district court's order dismissing her civil action against the Social Security Administration.  Our review of the record and the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Singleton v. Social Security Admin., No. CA-03-3242-3 (D.S.C. Mar. 24, 2004).  We deny Singleton's motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED